# USHER LAW GROUP P.C.
Attorneys And Counselor At Law

Mikhail Usher ▪▪ ◦      2711 Harway Avenue, Brooklyn NY 11214
Krista L. Thompson ◦*      (t) (718) 484-7510
Jason Valentin ◦*      (f) (718) 865-8566
Admitted in: ▪ NY • NJ ◦ FL      (e) Musheresq@gmail.com
Of Counsel *

April 24, 2018

Hon. Judge Lorna G. Schofield
US District Court for the Southern
District of New York
500 Pearl Street
New York, NY 10007

**RE:**     **VIKTORIA MOLNAR v. ROBERT FEINSTEIN, JESSICA FEINSTEIN**
         **CASE #: 1:18-cv-02256-LGS**

Hon. Judge Schofield,

     This letter is to advise you that the above referenced parties have reached a settlement in the matter. Currently, Defense counsel is drafting the settlement agreement for all parties to sign. Undersigned counsel will be drafting a *cheeks* letter outlining the amounts and how they will be distributed, *inter alia.*

     In light of the pending settlement agreement, we respectfully request that the initial pre-trial conference currently scheduled for May 2, 2018 be rescheduled to a later date.

     Thank you for your attention in regards to this matter. Should you have any questions, please contact me at any time.

                                    Respectfully yours,

                                    */s/ Mikhail Usher*

                                 MIKHAIL USHER, ESQ.
                                     Attorney At Law