```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/18
```

# USHER LAW GROUP P.C.

Attorneys And Counselor At Law

| | |
|---|---|
| Mikhail Usher ▪▪ ◦ | 2711 Harway Avenue, Brooklyn NY 11214 |
| Krista L. Thompson ◦* | (t) (718) 484-7510 |
| Jason Valentin ◦* | (f) (718) 865-8566 |
| Admitted in: ▪ NY • NJ ◦ FL | (e) Musheresq@gmail.com |
| Of Counsel * | |

April 24, 2018

Hon. Judge Lorna G. Schofield
US District Court for the Southern
District of New York
500 Pearl Street
New York, NY 10007

**RE:   VIKTORIA MOLNAR v. ROBERT FEINSTEIN, JESSICA FEINSTEIN**
**        CASE #: 1:18-cv-02256-LGS**

Hon. Judge Schofield,

This letter is to advise you that the above referenced parties have reached a settlement in the matter. Currently, Defense counsel is drafting the settlement agreement for all parties to sign. Undersigned counsel will be drafting a *cheeks* letter outlining the amounts and how they will be distributed, *inter alia.*

In light of the pending settlement agreement, we respectfully request that the initial pre-trial conference currently scheduled for May 2, 2018 be rescheduled to a later date.

Thank you for your attention in regards to this matter. Should you have any questions, please contact me at any time.

Respectfully yours,

*/s/ Mikhail Usher*

MIKHAIL USHER, ESQ.
Attorney At Law

Application GRANTED.  The initial pretrial conference previously scheduled for May 2, 2018, is adjourned sine die.

Dated: April 26, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**