```
Case 1:18-cv-02256-LGS   Document 16   Filed 05/10/18   Page 1 of 1
```

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
:  
VIKTORIA MOLNAR,                                            :  
                                 Plaintiff,      :  
:  
                   -against-                          :  
:  
ROBERT GEINSTEIN, *et al.,*                                  :  
                              Defendants.  :  
:  
------------------------------------------------------------X  

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 5/10/18  

18 Civ. 2256 (LGS)  

ORDER  

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 24, 2018, the Court was informed that the parties have reached an agreement on all issues. It is hereby

**ORDERED** that, by **May 24, 2018**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable).

Dated: May 10, 2018  
       New York, New York

                                                                              LORNA G. SCHOFIELD  
                                                                **UNITED STATES DISTRICT JUDGE**