USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIKTORIA MOLNAR,

    *Plaintiff*,

-against-

JESSICA FEINSTEIN et al.,

    *Defendants*.

Case No. 18 Civ. 2256 (LGS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the parties in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear their or its own costs and attorneys' fees.

| | |
|---|---|
| Jason B. Klimpl | Mikhail Usher, Esq. |
| TANNENBAUM HELPERN ET AL | USHER LAW GROUP |
| 900 Third Avenue, 13th Floor | 2711 Harway Avenue |
| New York, NY 10022 | Brooklyn, NY 11214 |
| klimpl@thsh.com | musheresq@gmail.com |
| (212) 508-7529 | (718) 484-7510 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| Dated: 5/17/18 | Dated: 5-21-18 |

Dated: May 23, 2018
New York, New York

**SO ORDERED**

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE